**ORIGINAL**

FILED

09/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0278

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0278

---

IN RE THE MARRIAGE OF:

TASHA SQUILLACIOTTI,

      Petitioner and Appellee,

                                      **O R D E R**

    and

BRIAN SQUILLACIOTTI,

      Defendant and Appellant.

---

Appellant has filed a fourth motion for extension of time to file his opening brief. Appellee has filed a notice that she opposes any extensions of time, and has not been contacted by Appellant as to whether she any of the motions for extension filed to date.

IT IS HEREBY ORDERED that Appellant's motion is GRANTED. Appellant has until October 9, 2024, to prepare, file, and serve his opening brief.

No further extensions will be granted.

DATED this _1 6_ day of September, 2024.

For the Court,

**FILED**

SEP 10 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____
Chief Justice